**3 Pages**
JAMES T. STRAW, Esq. (SB# 78339)
C. RANDALL BUPP, Esq. (SB# 65345)
STEVEN KAHN, Esq. (SB# 234104)
THOMAS D. FAMA, Esq. (SB# 261477)
**BARDELLINI, STRAW, CAVIN & BUPP, LLP**
2000 Crow Canyon Place, Suite 330
San Ramon, California  94583
Telephone:  (925) 277-3580
Facsimile:  (925) 277-3591

Attorneys for Counter-defendant
DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS BANKERS TRUST
COMPANY, AS TRUSTEE AND
CUSTODIAN FOR IXIS 2006-HE2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE2 by Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact, and its successors and/or assignees,<br><br>  Appellant,<br><br>v.<br><br>RANJIV SINGH and SANJILA SINGH, Debtors, and MICHAEL D. MCGRANAHAN, Trustee, and DOES 1-20 inclusive,<br><br>  Appellee. | DISTRICT COURT CASE No. 2:10-CV-00983-JAM<br><br>Bankruptcy Court Case No. 07-27525-C-7 Chapter 7<br><br>Adversary Proceeding No. 09-02274-C<br><br>Bankruptcy Appellate Panel No. 6/10/2010<br><br>**ORDER GRANTING INITIAL EXTENSION OF TIME ON BRIEFING SCHEDULE IN BANKRUPTCY APPEAL** |

The Court, having reviewed and considered the Application for Extension of Time filed by Appellant Deutsche Bank Trust Company Americas, as Banker's Trust Company, as Trustee and Custodian for IXIS 2006-HE2 by Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as its attorney-in-fact, and its successors and/or assignees (hereinafter "Appellant" or "Deutsche Bank"), and good cause appearing, hereby extends the time for the filing of Appellant's Opening Brief to the date of Wednesday, August 4, 2010.

Appellee's Opposition Brief will be due fourteen days following service of Appellant's Opening Brief, and Appellant may file and serve a reply brief within fourteen days of the service of

Appellee's Opposition Brief.

    Appellant is to notify the Court in writing within fourteen days following the service of Appellant's Reply Brief that the appeal is ready for oral argument in accord with the local rules of court.

**IT IS SO ORDERED:**

**DATED: 6/22/2010**

                                               **/s/ John A. Mendez**
                                               **U. S. DISTRICT COURT JUDGE**

**COURT SERVICE LIST**

Carl W. Collins, Esq.
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California  95353


Michael D. McGranahan, Trustee
P.O.  Box 5018
Modesto, CA 95352