```
Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California  95353
Telephone: (209) 521-8100
Facsimile: (209) 524-8461

Attorney for Cross-Appellant/Appellee
Michael D. McGranahan, Trustee
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RANJIV SINGH and<br>SANJILA SINGH,<br><br>        Debtors. | District Court Case<br>No. 2:10-CV-0983-JAM<br><br><br>Bankruptcy Court Case<br>No. 07-27525-C-7 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>        Appellant<br><br>  vs.<br><br>MICHAEL D. MCGRANAHAN,<br><br>        Appellee, | Adversary Proceeding<br>No. 09-02274-C<br><br><br><br>Bankruptcy Appellate<br>Panel No. EC-10-1125 |
| MICHAEL D. MCGRANAHAN,<br><br>        Cross-Appellant<br><br>  vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>        Cross-Appellee | Date: November 16, 2010<br>Time:  9:30 a.m.<br>       Courtroom: 6<br>Place: 501 I Street<br>       Sacramento, CA<br>Judge: John A. Mendez |

**ORDER GRANTING APPELLEE'S MOTION TO TRANSFER APPEAL**

**TO THE BANKRUPTCY APPELLATE PANEL**

    The hearing on the Appellee's Motion to Transfer Appeal to

1

the Bankruptcy Appellate Panel was held on November 16, 2010, in the above-entitled Court at Sacramento, California, the Honorable John A. Mendez, U.S. District Court Judge presiding.  The Appellee, Michael D. McGranahan, appeared by and through counsel, Carl W. Collins, Attorney at Law. (Following sentence added by the Court) Appellant's counsel failed to appear.

The Court having reviewed and considered Appellee's Motion to Transfer Appeal to the Bankruptcy Appellate Panel and finding that all parties in interest have had due and proper notice of the Motion, and that the Court lacks jurisdiction to decide this appeal, now makes the following order:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that this Appeal be transferred back to the Bankruptcy Appellate Panel for the Ninth Circuit.

Dated: November 19, 2010

/s/ John A. Mendez

U.S. DISTRICT COURT JUDGE